**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 09-61470-CIV-GRAHAM/LYNCH

MICHAEL A. JONES,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Summary Judgment [D.E. 16] and Defendant's Motion for Summary Judgment [D.E. 21].

**THE MATTER** was referred by Clerk's Order to the Honorable United States Magistrate Judge Robert L. Dube pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 2]. Judge Dube issued a Report and Recommendation [D.E. 24] recommending that Plaintiff's motion for summary judgment be denied and that Defendant's motion for summary judgment be granted. Plaintiff has filed objections to the Report [D.E. 25].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Plaintiff's objections are without merit. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report [D.E. 24] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is

further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment [D.E. 16] is **DENIED**.  It is further

**ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment [D.E. 21] is **GRANTED**.  It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of July, 2010.

```
                                    _____
                                    DONALD L. GRAHAM
                                    UNITED STATES DISTRICT JUDGE
```

cc:  U.S. Magistrate Judge Robert L. Dube